This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TYRONE RIVERA,**

Plaintiff-Appellant,

v.                                                          **NO. 29,621**

**HEALTHSOUTH REHABILITATION HOSPITAL OF NEW MEXICO, LTD., LOVELACE HEALTH SYSTEM, INC. JOHN DOE, JANE DOE, AND PRESBYTERIAN HEALTHCARE SERVICES, INC.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Ted Baca, District Judge**

Medrano, Hess & Struck, P.C.
Raynard Struck
Albuquerque, NM

for Appellant

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Amber L. Creel
Albuquerque, NM

for Appellee HealthSouth Rehabilitation Hospital, Lovelace Health System, Inc., John Doe, and Jane Doe

Riley & Shane, P.A.
Richard J. Shane
Albuquerque, NM

for Appellee Presbyterian Healthcare Services, Inc.

# MEMORANDUM OPINION

**WECHSLER, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. On September 22, 2009, Appellees filed a memorandum in support of the proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Judge**

_____

**RODERICK T. KENNEDY, Judge**